IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR89 |
| | ) | |
| v. | ) | |
| | ) | |
| REMIGIO PINTO, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to delay self-surrender (Filing No. 116). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall self-surrender on November 7, 2008, to the United States Marshal to commence service of his federal sentence.

DATED this 30th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court